EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-7177
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$14,000.00 IN U.S. CURRENCY,<br><br>    Defendant.<br>_____<br>ABDUL MAJEED,<br><br>    Claimant. | No. EDCV 14-01380-JGB (DTBx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

This civil forfeiture action was commenced on July 7, 2014 against the defendant $14,000.00 in U.S. Currency seized on February 4, 2014 in Upland, California (the "defendant currency"). Abdul Majeed ("Majeed") filed a claim of interest in the defendant currency on August 14, 2014, and an answer to the complaint on August 14, 2014. No other parties have appeared in this case and the time for filing claims of interest and answers has expired.

Plaintiff United States of America and Majeed have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency, other than Majeed, are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $7,000.00 of the defendant currency and all interest earned on the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein. The United States is ordered to dispose of said funds in accordance with law.

4. $7,000.00 of the defendant currency, without any interest earned by the government on the full amount of the defendant currency, shall be returned to Majeed by either check or wire transfer within 60 days of the date that the Court enters the Consent Judgment. If the United States elects to make the payment by check, the check will be payable to "Abdul Majeed" and mailed to Anikó R. Hoover, Esq., 337 N. Vineyard Avenue, 4th Floor, Suite 530, Ontario, California 91764. If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the account that Majeed and his attorney provide account and routing numbers for. Majeed and his

attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law.

5. Majeed agrees to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the United States Secret Service from any and all claims, actions or liabilities arising out of or related to this action or the underlying seizures, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Majeed, whether pursuant to 28 U.S.C. § 2465 or otherwise. If Majeed submitted a petition for remission to the defendant currency in any proceedings, Majeed hereby stipulates to withdraw the petition, and waive any rights he may have to seek remission or mitigation of the forfeiture of the defendant currency.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: December 5, 2016

THE HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

[Signatures of parties appear on the next page]

3

**Approved as to Form and Content:**

Dated: _December 1, 2016          EILEEN M. DECKER
                                  United States Attorney
                                  LAWRENCE S. MIDDLETON
                                  Assistant United States Attorney
                                  Chief, Criminal Division
                                  STEVEN R. WELK
                                  Chief, Asset Forfeiture Section

                                      /s/ Katharine Schonbachler
                                  KATHARINE SCHONBACHLER
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  United States of America


Dated: _November 30, 2016            /s/ Aniko Rushakoff Hoover
                                  ANIKO RUSHAKOFF HOOVER, ESQ.

                                  Counsel for Claimant
                                  ABDUL MAJEED


Dated: _November 30, 2016            /s/ Abdul Majeed
                                  ABDUL MAJEED
                                  Claimant